# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| FEDERAL ENERGY REGULATORY COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-CV-00040-KJM-AC |
| VITOL INC., ET AL., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FEDERAL ENERGY REGULATORY COMMISSION .

Date:   01/08/2020

/s/Kevin Dinan
*Attorney's signature*

Kevin Dinan
*Printed name and bar number*
888 First Street NE
Washington, DC 20426

*Address*

kevin.dinan@ferc.gov
*E-mail address*

(202) 502-6214
*Telephone number*

*FAX number*