# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION<br>*Plaintiff*<br>v.<br>VITOL INC., ET AL.,<br>*Defendant* | Case No. 2:20-CV-00040-KJM-AC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FEDERAL ENERGY REGULATORY COMMISSION.

Date: 02/22/2021

/s/ Samantha Spiro
*Attorney's signature*

Samantha Spiro
*Printed name and bar number*

888 First Street NE
Washington, D.C. 20426
*Address*

samantha.spiro@ferc.gov
*E-mail address*

(202) 502-6383
*Telephone number*

*FAX number*