

United States District Court
Eastern District of California

Plaintiff(s): Federal Energy Regulatory Commission

Case Number: 2:20-cv-00040-KJM-AC

V.

Defendant(s): Vitol Inc. and Federico Corteggiano

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Collin J. Cox hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: VITOL, INC.

On 11/02/2001 (date), I was admitted to practice and presently in good standing in the Texas Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/23/2022

Signature of Applicant: /s/ Collin J. Cox

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Collin J. Cox |
| Law Firm Name: | Gibson Dunn & Crutcher LLP |
| Address: | 811 Main Street |
| | Ste. 3000 |
| City: | Houston   State: TX   Zip: 77002-6117 |
| Phone Number w/Area Code: | (346) 718-6600 |
| City and State of Residence: | Houston, Texas |
| Primary E-mail Address: | CCox@gibsondunn.com |
| Secondary E-mail Address: | CCox@gibsondunn.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Charles J. Stevens |
| Law Firm Name: | Gibson Dunn & Crutcher LLP |
| Address: | 555 Mission Street |
| | Ste. 3000 |
| City: | San Francisco   State: CA   Zip: 94105 |
| Phone Number w/Area Code: | (415) 393-8200   Bar #: 106981 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 28, 2022

/s/ (signature)
CHIEF UNITED STATES DISTRICT JUDGE

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Collin Joe Cox**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2001.

I further certify that the records of this office show that, as of this date

**Collin Joe Cox**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 28th day of February, 2022.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 4257C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.