CATHERINE C. COLLINS
KEVIN DINAN
MARK KOEHN
JOHN R. MATSON III
DAMON TAAFFE
JENNIFER VEIN
Office of Enforcement
Federal Energy Regulatory Commission
888 1st Street, N.E.
Washington, D.C. 20426
Telephone: (202) 502-8100
Catherine.Collins@ferc.gov
Kevin.Dinan@ferc.gov
Mark.Koehn@ferc.gov
Jay.Matson@ferc.gov
Damon.Taaffe@ferc.gov
Jennifer.Vein@ferc.gov

Attorneys for Plaintiff

*Please see continuation page for a complete
List of the parties and their respective counsel.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>VITOL INC. AND FEDERICO CORTEGGIANO,<br><br>Defendants. | CASE NO. 2:20-CV-0040-KJM-AC<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFF, FEDERAL ENERGY REGULATORY COMMISSION** |

**CONTINUATION SHEET: PARTIES AND THEIR RESPECTIVE COUNSEL**

CHARLES J. STEVENS
COLLIN J. COX
STEPHEN W. HENRICK
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: (415) 393-8200
cstevens@gibsondunn.com
ccox@gibsondunn.com
shenrick@gibsondunn.com


PAUL J. PATANO, JR.
ABIGAIL L. P. EDWARDS
STEPHANIE L. MINER
WILLKIE FARR & GALLAGHER LLP
1875 K. Street, N.W.
Washington, D.C.  20006-1238
Telephone: (202) 303-1211
ppantano@willkie.com
alpedwards@willkie.com
sminer@willkie.com


Attorneys for Defendant VITOL INC.

CHARLES R. MILLS
BRACEWELL LLP
2001 M Street, N.W., Suite 900
Washington, D.C.  20036
Telephone: (202) 828-5825
charles.mills@bracewell.com


Attorney for Defendant FEDERICO CORTEGGIANO

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFF, FEDERAL ENERGY REGULATORY COMMISSION**

Please take notice that the undersigned counsel respectfully withdraws her appearance as counsel for Plaintiff, Federal Energy Regulatory Commission, in this case because she will be leaving the Office of Enforcement for another position.  The Commission continues to be represented by Catherine Collins, Kevin Dinan, Mark Koehn, Jay Matson, Damon Taaffe, and Jennifer Vein from the Office of Enforcement, as reflected on the Court's docket.

Respectfully submitted,

FEDERAL ENERGY REGULATORY COMMISSION

By: /s/ *Samantha Spiro*
    Attorney-Advisor
    Office of Enforcement
    Federal Energy Regulatory Commission
    888 1st Street, N.E.
    Washington, D.C. 20426
    Telephone: (202) 502-6383

**CERTIFICATE OF SERVICE**

      I, Kevin Dinan, hereby certify that, on May 17, 2022, I served the foregoing document on all parties to this action by e-mailing it to their counsel in accordance with the agreement of the parties.

                                                                                            /s/ Kevin Dinan

                                                                                            Kevin Dinan

Dated: May 17, 2022

NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFF, FEDERAL ENERGY REGULATORY COMMISSION