

# United States District Court
## Eastern District of California

FEDERAL ENERGY REGULATORY COMMISSION,

Plaintiff(s)

V.

VITOL INC, ET AL.,

Defendant(s)

Case Number: 2:20-cv-00040-KJM-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Anna H. Jugo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Vitol, Inc.

On April 24, 2019 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: August 19, 2022          Signature of Applicant: /s/ Anna H. Jugo

**Pro Hac Vice Attorney**

Applicant's Name: Anna H. Jugo

Law Firm Name: Willkie Farr & Gallagher LLP

Address: 1875 K Street, N.W.

City: Washington   State: DC   Zip: 20006

Phone Number w/Area Code: (202) 303-1167

City and State of Residence: Washington, District of Columbia

Primary E-mail Address: ajugo@willkie.com

Secondary E-mail Address: maodc-dcd@willkie.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Barrington E. Dyer

Law Firm Name: Willkie Farr & Gallagher LLP

Address: One Front Street

34th Floor

City: San Francisco   State: CA   Zip: 94111

Phone Number w/Area Code: (415) 858-7437   Bar # 264762

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  September 7, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Anna Jugo

was duly qualified and admitted on April 24, 2019 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 19, 2022.*

**JULIO A. CASTILLO**
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*