KEVIN DINAN
kevin.dinan@ferc.gov
FEDERAL ENERGY REGULATORY COMMISSION
888 First St. N.E.
Washington, DC 20426
Telephone: (202) 502-8285
Facsimile: (202) 208-0057

Attorney for Plaintiff FEDERAL ENERGY REGULATORY COMMISSION

*Please see continuation page for a complete list of counsel for the FEDERAL ENERGY REGULATORY COMMISSION, VITOL INC., and FEDERICO CORTEGGIANO*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>VITOL INC. AND FEDERICO CORTEGGIANO,<br><br>Defendant. | No.  2:20-CV-00040-KJM-AC<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Presiding:   Hon. Kimberly J. Mueller<br>Courtroom:  3, 15th Floor<br>Trial Date:   TBD |

| | |
|---|---|
| 1 | **CONTINUATION SHEET: PARTIES AND THEIR RESPECTIVE COUNSEL** |
| 2 | CATHERINE CARSWELL COLLINS |
| 3 | catherine.collins@ferc.gov |
|   | MARK RAYMOND KOEHN |
| 4 | mark.koehn@ferc.gov |
|   | JOHN RUSSELL MATSON, III |
| 5 | jay.matson@ferc.gov |
|   | JENNIFER VEIN |
| 6 | jennifer.vein@ferc.gov |
|   | Office of Enforcement |
| 7 | FEDERAL ENERGY REGULATORY COMMISSION |
| 8 | 888 First St. N.E. |
|   | Washington, DC 20426 |
| 9 | Telephone: (202) 502-8285 |
|   |  Facsimile: (202) 208-0057 |
| 10 | |
| 11 | Attorneys for Plaintiff FEDERAL ENERGY REGULATORY COMMISSION |
| 12 | CHARLES J. STEVENS, SBN 106981 (counsel for service) |
|   | cstevens@gibsondunn.com |
| 13 | COLLIN J. COX |
|   | ccox@gibsondunn.com |
| 14 | STEPHEN W. HENRICK, SBN 310539 |
|   | shenrick@gibsondunn.com |
| 15 | GIBSON, DUNN & CRUTCHER LLP |
| 16 | 555 Mission Street, Suite 3000 |
|   | San Francisco, CA 94105-0921 |
| 17 | Telephone: (415) 393-8200 |
|   | Facsimile: (415) 393-8306 |
| 18 | |
| 19 | PAUL J. PANTANO, JR. (*pro hac vice*) |
|   | ppantano@willkie.com |
| 20 | ABIGAIL L.P. EDWARDS (*pro hac vice*) |
|   | alpedwards@willkie.com |
| 21 | ANNA H. JUGO |
|   | ajugo@willkie.com |
| 22 | WILLKIE FARR & GALLAGHER LLP |
| 23 | 1875 K Street, N.W. |
|   | Washington, DC 20006-1238 |
| 24 | Telephone: (202) 303-1211 |
|   | Facsimile: (202) 303-2000 |
| 25 | |
| 26 | BARRINGTON DYER, SBN 264762 |
|   | bdyer@willkie.com |
| 27 | WILLKIE FARR & GALLAGHER LLP |
|   | One Front Street, 34th Floor |
| 28 | San Francisco, CA 94111 |

1  Telephone: (415) 858-7400
   Facsimile: (415) 858-7599
2
3  Attorneys for Defendant VITOL INC.

4  CHARLES R. MILLS (SBN 77463)
   Charles.mills@bracewell.com
5  BRACEWELL, LLP
   2001 M Street NW
6  Washington, DC 20036
   Telephone: (202) 828-5825
7
8  Attorney for Defendant FEDERICO CORTEGGIANO

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Having reviewed the parties' stipulation and good cause appearing, the court modifies the pretrial scheduling order as follows:

| Event | Deadline |
| --- | --- |
| Completion of written discovery and fact depositions, including filing of motions to compel as to fact discovery | October 17, 2023 |
| FRCP 26(a)(2) expert disclosures and expert report(s) due | December 15, 2023 |
| Rebuttal expert disclosures and reports due | March 15, 2024 |
| Completion of expert discovery, including filing of motions to compel as to expert discovery | June 14, 2024 |
| Dispositive motions due | September 20, 2024 |
| Opposition briefs due | October 18, 2024 |
| Reply briefs due | November 15, 2024 |

IT IS SO ORDERED.

DATED:  December 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE