KEVIN DINAN
kevin.dinan@ferc.gov
FEDERAL ENERGY REGULATORY COMMISSION
888 First St., N.E.
Washington, DC 20426
Telephone: (202) 502-8285
Facsimile: (202) 208-0057

Attorney for Plaintiff FEDERAL ENERGY REGULATORY COMMISSION

*Please see continuation page for a complete list of counsel for the FEDERAL ENERGY REGULATORY COMMISSION, VITOL INC., and FEDERICO CORTEGGIANO*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>VITOL INC. AND FEDERICO CORTEGGIANO,<br><br>Defendant. | No. 2:20-CV-00040-KJM-AC<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Presiding: Hon. Kimberly J. Mueller<br>Courtroom: 3, 15th Floor<br>Trial Date: TBD |

**CONTINUATION SHEET: PARTIES AND THEIR RESPECTIVE COUNSEL**

NICKOLAS BARBER
nickolas.barber@ferc.gov
CATHERINE CARSWELL COLLINS
catherine.collins@ferc.gov
JESSICA WACK
jessica.wack@ferc.gov
PAUL WILEY
paul.wiley@ferc.gov
JENNIFER VEIN
jennifer.vein@ferc.gov
Office of Enforcement
FEDERAL ENERGY REGULATORY COMMISSION
888 First St., N.E.
Washington, DC 20426
Telephone: (202) 502-8285
 Facsimile: (202) 208-0057

Attorneys for Plaintiff FEDERAL ENERGY REGULATORY COMMISSION

CHARLES J. STEVENS, SBN 106981 (counsel for service)
cstevens@gibsondunn.com
COLLIN J. COX
ccox@gibsondunn.com
STEPHEN W. HENRICK, SBN 310539
shenrick@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendant VITOL INC.

RICHARD PACHTER (SBN 120069)
richard@pachterlaw.com
LAW OFFICES OF RICHARD PACHTER
555 University Avenue, Suite 200
Sacramento CA 95825
Telephone: (916) 485-1617
Facsimile: (916) 379-7838
Attorney for Defendant FEDERICO CORTEGGIANO

For good cause shown, the Court modifies the pretrial scheduling order as follows:

| Event | Deadline |
|---|---|
| Completion of written discovery and fact depositions, including filing of motions to compel as to fact discovery | May 17, 2024 |
| FRCP 26(a)(2) expert disclosures and expert report(s) due | July 12, 2024 |
| Rebuttal expert disclosures and reports due | October 11, 2024 |
| Completion of expert discovery, including filing of motions to compel as to expert discovery | January 24, 2025 |
| Dispositive motions due | April 25, 2025 |
| Opposition briefs due | May 30, 2025 |
| Reply briefs due | June 30, 2025 |

IT IS SO ORDERED.

DATED: November 27, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE