KEVIN DINAN
kevin.dinan@ferc.gov
FEDERAL ENERGY REGULATORY COMMISSION
888 First St., N.E.
Washington, DC 20426
Telephone: (202) 502-8285
Facsimile: (202) 208-0057

Attorney for Plaintiff FEDERAL ENERGY
REGULATORY COMMISSION

*Please see continuation page for a complete list of counsel for the FEDERAL ENERGY REGULATORY COMMISSION, VITOL INC., and FEDERICO CORTEGGIANO*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>VITOL INC. AND FEDERICO CORTEGGIANO,<br><br>              Defendants. | CASE NO. 2:20-CV-00040-KJM-AC<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Presiding:   Hon. Kimberly J. Mueller<br>Courtroom:  3, 15th Floor<br>Trial Date:   TBD |

**CONTINUATION SHEET:  PARTIES AND THEIR RESPECTIVE COUNSEL**

NICKOLAS BARBER
nickolas.barber@ferc.gov
CATHERINE C. COLLINS
catherine.collins@ferc.gov
JESSICA WACK
jessica.wack@ferc.gov
PAUL WILEY
paul.wiley@ferc.gov
JENNIFER VEIN
jennifer.vein@ferc.gov
FEDERAL ENERGY REGULATORY COMMISSION
888 First Street, N.E.
Washington, D.C. 20426
Telephone: (202) 502-8285

Attorneys for Plaintiff FEDERAL ENERGY REGULATORY COMMISSION

CHARLES J. STEVENS, SBN 106981 (counsel for service)
cstevens@gibsondunn.com
COLLIN J. COX
ccox@gibsondunn.com
STEPHEN W. HENRICK, SBN 310539
shenrick@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendant VITOL INC.

RICHARD PACHTER, SBN 120069
Law Offices of Richard Pachter
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 485-1617

Attorneys for Defendant FEDERICO CORTEGGIANO

NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Local Rule of Practice 160, PLEASE TAKE NOTICE that the parties have reached a settlement in this matter.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

DATED:  January 16, 2024            Respectfully submitted,

By:     */s/ Kevin Dinan*
        KEVIN DINAN (*pro hac vice*)
        kevin.dinan@ferc.gov
        NICKOLAS BARBER (*pro hac vice*)
        nickolas.barber@ferc.gov
        CATHERINE CARSWELL COLLINS (*pro hac vice*)
        catherine.collins@ferc.gov
        JESSICA WACK (*pro hac vice*)
        jessica.wack@ferc.gov
        PAUL WILEY (*pro hac vice*)
        paul.wiley@ferc.gov
        JENNIFER VEIN (*pro hac vice*)
        jennifer.vein@ferc.gov
        Office of Enforcement
        FEDERAL ENERGY REGULATORY COMMISSION
        888 First St., N.E.
        Washington, DC 20426
        Telephone: (202) 502-8285

        Attorneys for Plaintiff FEDERAL ENERGY REGULATORY COMMISSION

By:     */s/ Charles Stevens*

        CHARLES J. STEVENS (SBN 106981)
        cstevens@gibsondunn.com
        COLLIN J. COX (*pro hac vice*)
        ccox@gibsondunn.com
        STEPHEN W. HENRICK (SBN 310539)
        shenrick@gibsondunn.com
        Gibson Dunn & Crutcher LLP

555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200

Attorneys for Defendant VITOL INC.

By: */s/ Richard Pachter*
RICHARD PACHTER (SBN 120069)
richard@pachterlaw.com
LAW OFFICES OF RICHARD PACHTER
555 University Avenue, Suite 200
Sacramento CA 95825
Telephone: (916) 485-1617
Facsimile: (916) 379-7838

Attorney for Defendant FEDERICO CORTEGGIANO

4

NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**CERTIFICATE OF SERVICE**

I, Kevin Dinan, hereby certify that, on January 16, 2024, the foregoing document was served on all parties to this action via their counsel by e-mail in accordance with the agreement of the parties.

DATED:  January 16, 2024

*/s/ Kevin Dinan*